**Electronically Filed**
**Supreme Court**
**SCWC-23-0000493**
**12-MAR-2025**
**11:55 AM**
**Dkt. 5 ODAC**

SCWC-23-0000493

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

PITA RAKUITA,
Respondent/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000493; CASE NO. 1CPC-20-0000276)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioner/Plaintiff-Appellee State of Hawaiʻi's application for writ of certiorari filed on January 30, 2025, is rejected.

DATED: Honolulu, Hawaiʻi, March 12, 2025.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

